IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

      Plaintiff

v.                                                Civil No.   4:13cv63-MW/CAS

ONE ROLEX WATCH

      Defendant

_____/

## DECREE OF FORFEITURE

THIS CAUSE CAME before the Court on the Motion of the United States of America for a Decree of Forfeiture. Being fully advised in the premises, the Court finds as follows:

WHEREAS, on February 12, 2013, a Verified Complaint of Forfeiture in Rem against the defendant property, ONE ROLEX WATCH, was filed on behalf of the Plaintiff, United States of America. The Complaint alleges that the defendant property is forfeitable to the United States of America pursuant to Title 18, U.S.C. § 981(a)(1)(C).

WHEREAS, on March 13, 2013, notice of the pending forfeiture action was mailed to Charles W. Lammers, Esq., counsel for potential claimant, at 227 North Bronough Street, Suite 4200, Tallahassee, Florida 32301 via certified mail.

WHEREAS, Notice of Forfeiture Action was published on an official government Internet site, www.forfeiture.gov, for 30 consecutive days beginning November 21, 2013, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules of Admiralty or Maritime

1

Claims and Asset Forfeiture Actions.  The Notice of Publication was filed on January 15, 2014.

WHEREAS, no person or entity has filed a claim.

**NOW THEREFORE**, on Motion of the Plaintiff, United States of America, for a Decree of Forfeiture, it is hereby

**ORDERED AND ADJUDGED:**

Defendant property, ONE ROLEX WATCH, shall be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party.  The defendant property shall be disposed of according to law.

**SO ORDERED on February 10, 2014.**

<u>**s/Mark E. Walker**</u>
**United States District Judge**